**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**ABIGAIL ORTIZ-MARTINEZ, et al.,**

                **Plaintiff,**

     **vs.**

**HOWARD P. FRIEDMAN, M.D., et al.,**

                **Defendants.**

_____/

**CASE NO.  05-74204**

**DENISE PAGE HOOD**
**UNITED STATES DISTRICT JUDGE**

<u>**ORDER OF DISMISSAL**</u>

      On January 19, 2006, the court entered an Order to Show Cause why the case should not be dismissed for lack of progress in accordance with Local Rule 41.2.  Plaintiff having failed to respond in writing or otherwise show good cause why this action should not be dismissed for lack of progress pursuant to Local Rule 41.2:

      Accordingly,

      **IT IS ORDERED** that the above-captioned action is hereby **DISMISSED** without prejudice for lack of progress.

                <u>s/ DENISE PAGE HOOD</u>
                DENISE PAGE HOOD
                UNITED STATES DISTRICT JUDGE

Dated: January 31, 2006